UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRED ERNEST LaFONTAINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:10-cv-00527-JAW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 25, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

SO ORDERED.

                  /s/ John A. Woodcock, Jr.
                  JOHN A. WOODCOCK, JR.
                  CHIEF UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2011